UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re

Andrea J. Bradley–Baskin,

Case No. 2:22–mc–50322–SFC

Hon. Sean F. Cox

**NOTICE OF RECIPROCAL SUSPENSION FOR NON–PAYMENT OF DUES**

This Court is in receipt of a notice from the State Bar of Michigan that in accordance with Rule 4 of the Supreme Court Rules, the above attorney was administratively suspended for non–payment of dues, effective 02/15/22.

Federal Local Rule 83.22(g)(4) states that:

"An attorney who is suspended for nonpayment of dues to the State Bar of Michigan or any other bar association on which the attorney's admission to practice in this court may be based will be automatically suspended in this court without any action by the Court other than written notice to the attorney. On receipt of notice that the attorney has been reinstated for payment of dues and penalties and payment of the Court's attorney renewal fee, the attorney will be automatically reinstated in this court."

Accordingly, the above attorney is hereby suspended in the United States District and Bankruptcy Courts for the Eastern District of Michigan.

If the above attorney is reinstated for payment of dues and penalties by the State Bar of Michigan and seeks reinstatement in this Court, an affidavit with proof of reinstatement and the attorney renewal fee must be submitted electronically on the Court's website, https://www.mied.uscourts.gov/index.cfm?pagefunction=reinstatement. The above miscellaneous case number must be included on the reinstatement affidavit.

Dated:  March 15, 2022

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/D. Peruski
    Deputy Clerk