

February 15, 2022

**NOTICE OF SUSPENSION FOR NON-PAYMENT OF FEES**

TO ALL JUDGES OF THE STATE, THE CLERK OF THE SUPREME COURT, THE GRIEVANCE ADMINISTRATOR OF THE ATTORNEY GRIEVANCE COMMISSION, AND THE EXECUTIVE DIRECTOR AND GENERAL COUNSEL OF THE ATTORNEY DISCIPLINE BOARD:

You are herewith advised that the following attorneys having failed to timely pay their State Bar fees, are, in accordance with Rule 4 of the Supreme Court Rules Concerning the State Bar of Michigan, suspended from active membership and are no longer entitled to practice law in this state as of **February 15, 2022**: (For the most current status of each attorney, see our member directory at www.michbar.org.)

| | | | | |
|---|---|---|---|---|
| Jerome F. | Abood | P45169 | East Lansing | MI |
| Reylan De Guzman | Acuna | P82363 | Northville | MI |
| Kenneth H. | Adamczyk | P40602 | Sterling Heights | MI |
| Kelechi N. | Akinbosede | P76216 | Superior Township | MI |
| Michael A. | Alaimo | P29610 | Detroit | MI |
| William G. | Albertson | P25232 | Detroit | MI |
| Lawrence D. | Alcantar | P34712 | Detroit | MI |
| Abathar Nazar | Alkudari | P80330 | Dearborn | MI |
| Ahmad | Ammar | P75767 | Windsor | ON |
| Richard J. | Annen | P29399 | San Diego | CA |
| Dean A. | Antilla | P39068 | Kalamazoo | MI |
| Rebecca K. | Arnold | P72714 | Jackson | MI |
| David | Axelson | P79164 | New York | NY |
| Donald B. | Bacon | P28933 | Gladstone | MI |
| Jason Robert | Baker | P72645 | Grand Rapids | MI |
| Paul N. | Baker | P35007 | Royal Oak | MI |
| Jon H. | Baloch | P78239 | Chicago | IL |
| Jack E. | Banyon | P26350 | Benton Harbor | MI |
| Christopher John | Barbat | P70280 | Birmingham | MI |
| Charles P. | Barnes | P43651 | Livonia | MI |
| David L. | Barnett | P40425 | Battle Creek | MI |
| Skip D. | Barnett | P66986 | Greenbrier | AR |
| Richard J. | Barr | P29720 | Shelby Township | MI |
| William J. | Barrett | P38086 | Chicago | IL |

| | | | | |
|---|---|---|---|---|
| B. Gerald | Bartush | P10515 | Bloomfield Hills | MI |
| Michael | Batchik | P10534 | White Lake | MI |
| Brian D. | Bates | P66060 | Saint Louis | MO |
| Brian | Beckwith | P75943 | Traverse City | MI |
| Stacie R. | Behler | P53639 | Grand Rapids | MI |
| William L. | Benefiel | P24614 | Kalamazoo | MI |
| Seymour | Berger | P10720 | Sterling Heights | MI |
| Stanley L. | Berger | P10721 | Southfield | MI |
| David J. | Bertus | P48041 | Port Lavaca | TX |
| Shannon Marie | Bible | P69600 | Battle Creek | MI |
| Sheila Spalding | Blakney | P40273 | Ann Arbor | MI |
| Lisa M. | Blanton | P66089 | Bay City | MI |
| Gary M. | Bloom | P10899 | Livonia | MI |
| Elise Christine | Boike | P84955 | Saginaw | MI |
| Deborah A. | Bonner | P48031 | Detroit | MI |
| William D. | Booth | P10999 | Bloomfield Hills | MI |
| William Turner | Booth | P85021 | Glen Arbor | MI |
| Samantha Ann | Borden | P74408 | Flint | MI |
| Joseph Michael | Bourbeau | P11041 | Saint Clair Shores | MI |
| M. Scott | Bowen | P43813 | Grand Rapids | MI |
| Kathleen Kinney | Bowman | P34254 | South Haven | MI |
| Brian Roderick | Boyes | P71392 | Fort Collins | CO |
| Andrea J. | Bradley-Baskin | P70474 | Oak Park | MI |
| Peggy Surabian | Brady | P32616 | Southfield | MI |
| David A. | Breach | P51645 | Austin | TX |
| Randy A. | Bridgeman | P47151 | Chicago | IL |
| Thomas C. | Bromell | P38634 | Mount Pleasant | MI |
| Dianna L. | Brooks | P46064 | Atlanta | GA |
| Gregory P. | Brown | P51377 | Dearborn | MI |
| Helen E. | Brown | P30642 | Fort Myers | FL |
| Anna M. | Budde | P55549 | Ann Arbor | MI |
| Francis Edward | Budde | P72582 | Atlanta | GA |
| Heather M. | Bush | P53755 | Grand Blanc | MI |
| Andrew | Buss | P75019 | Sterling Heights | MI |
| Michele Porritt | Byrd | P55626 | Lake Orion | MI |
| Roger J. | Cadaret | P24290 | Romulus | MI |
| Patricia | Calabro | P69645 | Pleasanton | CA |
| Andrew D. | Campbell | P73926 | Bloomfield Hills | MI |
| Lawrence G. | Campbell | P11553 | Franklin | MI |
| Venessa Giovanna | Capo | P71398 | Woodbridge | ON |
| Joseph K. | Carley | P38892 | Detroit | MI |
| Patrick Louis | Carrier | P74603 | Chicago | IL |
| John T. | Carter | P49712 | Bloomfield Hills | MI |

| Andrew | Chamberlain | P82239 | Chicago | IL |
| --- | --- | --- | --- | --- |
| Nour George | Chammas | P83500 | Westlake | OH |
| Harvey | Chayet | P11814 | Delray Beach | FL |
| Daniel J. | Checkowsky | P54815 | White Lake | MI |
| David S. | Chen | P53781 | Detroit | MI |
| Billy Lafeatte | Chesser | P69263 | Adrian | MI |
| Denise M. | Clack | P40982 | Saginaw | MI |
| Frank M. | Clark | P55265 | New York | NY |
| Charla Marie | Claypool | P81068 | Saint Louis | MO |
| Robert R. | Cloud | P80405 | Bloomfield Hills | MI |
| Justin S. | Cohen | P70901 | Dallas | TX |
| Dwight E. | Coleman | P44092 | Westland | MI |
| Stephanie L. | Coleman | P37949 | Lansing | MI |
| Angela D. | Collette | P55628 | Roseville | MI |
| James Elbert | Collins, Jr. | P74672 | Gates Mills | OH |
| Andrew George | Colthurst | P79795 | Canton | MI |
| Christopher K. | Colton | P27260 | Clarklake | MI |
| Jayson M. | Colton | P51961 | Farmington Hills | MI |
| Barnett Jay | Colvin | P42720 | Allen Park | MI |
| Richard E. | Conlin | P25354 | Ann Arbor | MI |
| Patricia N. | Conlon | P30116 | Portage | MI |
| Martin P. | Connaughton | P49155 | Houston | TX |
| George G. | Constance | P39984 | Clinton Township | MI |
| Todd A. | Courser | P69829 | Lapeer | MI |
| Laurice Eve | Covensky | P71736 | Bloomfield Hills | MI |
| Thomas R. | Cox | P42036 | Pasadena | CA |
| Jason M. | Craft | P69982 | Chicago | IL |
| Kimberly Ann | Craft | P70415 | Chicago | IL |
| Stephen A. | Crane | P12317 | West Bloomfield | MI |
| Paul W. | Creasy | P29503 | Alton | IL |
| Michael T. | Culp | P65667 | Zeeland | MI |
| Mark A. | Cunningham | P46575 | Waterford | MI |
| Megan S. | Curoe | P56748 | Pleasant Ridge | MI |
| Scott L | D'Angelo | P55692 | Chicago | IL |
| S. Bradley | Danton | P51540 | Chicago | IL |
| Joseph H. | Davis | P43547 | Farmington Hills | MI |
| Terry A. | Dawes | P47854 | Detroit | MI |
| Virginia Daugvydas | Dean | P23449 | Greensboro | NC |
| Raymond | DeBates | P36979 | Saint Clair Shores | MI |
| Adam Casey | Decker | P77641 | Chicago | IL |
| Valentyna Scherbey | DeCristo | P66189 | Charlotte | NC |
| Matthew W. | Delezenne | P57918 | Plymouth | MI |
| Jenice M. | Deming | P65181 | Okemos | MI |

| | | | | |
|---|---|---|---|---|
| Ashlie Dawn | Depinet | P82096 | Columbus | OH |
| Marco G. | DeSanto | P60336 | New York | NY |
| Genevieve A. | Desmond | P43287 | Dallas | TX |
| Scott V. | Dewey | P73327 | Auburn Hills | MI |
| Grace Ann | Di Gerlando | P69187 | Chicago | IL |
| John A. | Di Giacomo | P73056 | Traverse City | MI |
| Christopher D. | Dilorio | P56514 | Chicago | IL |
| Todd William | Dishman | P77652 | Northville | MI |
| William J. | Dixon | P48287 | Lake Odessa | MI |
| David L. | Dockery | P76852 | Traverse City | MI |
| David A. | Domzal | P40830 | Detroit | MI |
| Kellen Anthony | Dotson | P80391 | Grand Rapids | MI |
| Timothy K. | Dowling | P29428 | Niles | MI |
| Angel C. | Duff | P75503 | Ada | MI |
| James H. | Duff | P35562 | Novi | MI |
| Ronald E. | Dunn | P58059 | Flint | MI |
| Sheena Ella | Eastman | P72660 | Hilliard | OH |
| Bryan I. | Eder | P66548 | Washington | DC |
| Howard M | Eisenshtadt | P43231 | Detroit | MI |
| Nael Adbulatif | El-Husseini | PL1065 | Dearborn | MI |
| Jennifer Lynn | Elmer | P75455 | Grand Rapids | MI |
| Robert J. | Engel | P30437 | Petoskey | MI |
| Wayne A. | Erickson | P44057 | Menominee | MI |
| Joshua Adam | Faber | P76986 | Troy | MI |
| Darrell Douglas | Fahey | P68274 | Mattawan | MI |
| Cynthia J. | Falkenstein | P26126 | Milan | MI |
| Joseph Bernard | Fanelli | P78041 | Redwood City | CA |
| Matthew A. | Farner | P40377 | Kalamazoo | MI |
| Matthew J. | Feil | P59658 | Traverse City | MI |
| Casey A. | Fetzer | P72332 | Southfield | MI |
| Susan A. | Finnegan | P70702 | Kalamazoo | MI |
| Cynthia S. | Fitzgerald | P33210 | Grand Rapids | MI |
| James D. | Florip | P26861 | Alpena | MI |
| Chadd A. | Fox | P45655 | Clinton Township | MI |
| Patrick S. | Fragel | P49717 | Traverse City | MI |
| Bruce W. | Franklin | P13645 | Reno | NV |
| Shrena Florence | Fraser | P70003 | Westcliff-on-Sea | ESS |
| Ali R. | Freeman | P53156 | Lathrup Village | MI |
| Mark A. | Frentrup | P61156 | Southfield | MI |
| Judith A. | Friday | P36098 | Royal Oak | MI |
| Lawrence J. | Gagnon | P26835 | Saline | MI |
| Diane L. | Galbraith | P38106 | Okemos | MI |
| Marie Alsace | Galindo-Roel | PL1032 | Royal Oak | MI |

| | | | | |
|---|---|---|---|---|
| Bharat C. | Gandhi | P61571 | East Lansing | MI |
| Charumati | Ganesh | P83115 | Grand Rapids | MI |
| Randhir Singh | Garcha | P71383 | Cambridge | ON |
| Marten N. | Garn | P40319 | Lansing | MI |
| Shannon M. | Garrett | P67906 | Holland | MI |
| William A. | Gaval | P26645 | Philadelphia | PA |
| George Joseph | George | P76776 | Grand Rapids | MI |
| Noelle M. | Gill | P60626 | Southfield | MI |
| Brian G. | Gilmore | P74661 | East Lansing | MI |
| Joseph P. | Girolamo | P14023 | Seattle | WA |
| Steven M. | Gittleman | P32828 | Southfield | MI |
| Kirk S. | Glezen | P56405 | Sault Sainte Marie | MI |
| Ola Najar | Glezen | P51423 | Bloomfield Hills | MI |
| Pamela Lane | Glover | P74559 | Noblesville | IN |
| April Anita | Goff | P75124 | Dallas | TX |
| Steven V. | Goldberg | P32107 | West Bloomfield | MI |
| Mark D. | Goldman | P42697 | Scottsdale | AZ |
| Herbert W. | Gordon | P14195 | Georgetown | TX |
| Steven E. | Goren | P36581 | Franklin | MI |
| Henry S. | Gornbein | P14210 | Bloomfield Hills | MI |
| Heather Kay | Grace | P73206 | Niles | MI |
| David James | Grauman | P74193 | Omaha | NE |
| Daniel T. | Green | P25548 | Manistee | MI |
| Thomas E. | Griffin, Jr. | P14382 | Monaco | |
| Charles E. | Griffiths | P28065 | Waterford | MI |
| David W. | Grissom, Jr. | P49928 | Chicago | IL |
| Claire V. | Groen | P58601 | Ada | MI |
| Howard R. | Grossman | P14426 | Farmington | MI |
| Richard D. | Grow | P14437 | Palm Beach | FL |
| Joseph J. | Grzybowski | P52684 | Muskegon | MI |
| Frederick Broc | Gullett | P80962 | Denver | CO |
| Noel B. | Haberek | P14492 | Grosse Pointe Park | MI |
| Wade E. | Haddad | P48715 | Union | NJ |
| Ernest John | Hahn | P64034 | Westlake Village | CA |
| Stewart R. | Hakola | P37952 | Marquette | MI |
| Michael M. | Hall | P26649 | Saginaw | MI |
| Zachary | Hallman | P78327 | Dearborn | MI |
| Kimberly D. | Hall-Wagner | P61884 | Detroit | MI |
| David R. | Hammel | P65743 | Houston | TX |
| Meso T. | Hammoud | P43023 | Detroit | MI |
| Robert J. | Hanania | P44004 | Franklin | MI |
| Rick Ellsworth | Hansen | P83329 | Detroit | MI |
| Melissa Davis | Hartranft | P55891 | West Newton | MA |

| | | | | |
|---|---|---|---|---|
| Sharna Davis | Hatcher | P40722 | Troy | MI |
| Dennis M. | Hayes | P14765 | Ypsilanti | MI |
| Lauren A. | Hays | P84092 | Elkhart | IN |
| Sarah | Hazimi | P82179 | Detroit | MI |
| A. Ross | Heath | P29868 | East Lansing | MI |
| Andrew Jared | Heilala | P74139 | Austin | TX |
| Ronald R. | Helveston | P14860 | Detroit | MI |
| Jason Earle | Henry | P68583 | Sterling Heights | MI |
| Gary L. | Hermanson | P64396 | Saline | MI |
| Julie M. | Hertzberg | P64982 | Troy | MI |
| Paul Franklin | Hesselgrave | P73765 | Highlands Ranch | CO |
| Michael D. | Highfield | P23683 | Ann Arbor | MI |
| Georgia A. | Hill | P39414 | Detroit | MI |
| Donald Erwin | Hollins, Sr. | P76009 | Bloomfield Hills | MI |
| William K. | Holmes | P15084 | Grand Rapids | MI |
| Nancy Ann | Hornacek | P67632 | Muskegon | MI |
| Andreana R. | Horton | P72554 | Akron | OH |
| Lisa A. | Hudson | P49333 | Scottsdale | AZ |
| Paula G. | Humphries | P31275 | Detroit | MI |
| Scott | Hunter | P74547 | Lake Orion | MI |
| Isaac Hans Kenneth | Ickes | P83591 | Lansing | MI |
| David E. | Idinopulos | P48997 | Albuquerque | NM |
| Miriam S. | Imerman | P37814 | Detroit | MI |
| David R. | Ishbia | P67113 | Bloomfield Hills | MI |
| Linda | Isho | P84048 | Bloomfield Hills | MI |
| George | Ivezaj | P62022 | Encinitas | CA |
| Anthony P. | Jackson | P55365 | Albuquerque | NM |
| Craig Thomas | Jackson | P77053 | Holland | MI |
| Randall W. | Jackson | P66415 | New York | NY |
| Seth A. | Jacobs | P37240 | San Francisco | CA |
| Adam Barry | Jahnke | P71166 | Bloomfield Hills | MI |
| Michael K. | Janadia | P48810 | Eastpointe | MI |
| John J. | Jarzyna | P35713 | Ray | MI |
| Kristina M. | Jenkins | P73762 | Southfield | MI |
| Jason Douglas | Jenkinson | P73791 | Traverse City | MI |
| Gary S. | Jensen | P34409 | Grosse Pointe Woods | MI |
| Charlotte H. | Johnson | P42094 | Claremont | CA |
| Dale E. | Johnson | P15515 | Birmingham | MI |
| Donovan Rashaad | Johnson | P82508 | Detroit | MI |
| E. Christopher | Johnson, Jr. | P42789 | Frisco | TX |
| Justice G. | Johnson, Jr. | P65289 | Toledo | OH |
| Theresa C. | Joswick | P38061 | Birmingham | MI |
| Nick | Mehalco, Jr. | P53427 | Jackson | MI |

| | | | | |
|---|---|---|---|---|
| Juliann | Karenko | P42532 | Kemah | TX |
| Kathryn Ariella | Katz | P74420 | Birmingham | MI |
| Andrew Francis | Kay | P73707 | Detroit | MI |
| Harry W. | Keidan | P23967 | Phoenix | AZ |
| Gregory Michael | Kelly | P31508 | Bloomfield Hills | MI |
| Keith M. | Kerwin | P33198 | Lansing | MI |
| Elizabeth Anne | Khalil | P81841 | Chicago | IL |
| Margaret Battle | Kiernan | P33177 | Detroit | MI |
| Paul M. | Kiffner | P15949 | Chagrin Falls | OH |
| Yasser Omar | Killawi | P79809 | Washington | DC |
| Brenton Scott | Kinker | P76183 | Kalamazoo | MI |
| Terry J. | Klaasen | P16024 | Jackson | MI |
| Kevin D. | Kline | P53886 | Farmington Hills | MI |
| Charles Bernard | Kohler | P70414 | Detroit | MI |
| Frank J. | Kokenakes | P28561 | Grand Rapids | MI |
| Leonard M. | Koltonow | P16133 | Bloomfield Hills | MI |
| Timothy M. | Koltun | P37155 | Detroit | MI |
| Gowri J. | Krishna | P76750 | Ann Arbor | MI |
| Jeffrey C. | Kuhn | P56557 | Toledo | OH |
| Robert A. | Kuhr | P31371 | Shelby Township | MI |
| Gina Ryue-kyung | Kwack | P69433 | Winchester | MA |
| Kenneth R. | Lango | P16406 | Hilton Head Island | SC |
| Ian Wesley | Larkin | P82198 | Troy | MI |
| Jill N. | Lauderman | P79388 | Midland | MI |
| William T. | Lawrence, II | P28697 | Howell | MI |
| Mary Jo | Lawrie | P75376 | Jackson | MI |
| Anne E. | Lawter | P56623 | Troy | MI |
| John D. | Lazar | P16477 | Royal Oak | MI |
| Stuart G. | Lazar | P68183 | Buffalo | NY |
| Helen Marie | Ledgard | P70681 | Farmington Hills | MI |
| Edward J. | Lee | P42821 | Nashville | TN |
| Jangho | Lee | P73204 | Seocho-gu, Seoul | Korea, Republic of |
| Andrew | Lehmann | P75724 | Indianapolis | IN |
| Michael D. | Lehto | P28145 | Detroit | MI |
| Robert G. | Lennon | P56751 | New York | NY |
| George M. | Lentz | P25873 | Alma | MI |
| Geoffrey Aaron | Leonard | P83396 | Detroit | MI |
| Michael D. | Lewis | P16635 | Traverse City | MI |
| Christopher A. H. | Liles | P37574 | Holt | MI |
| Jeffrey D. | Lindemann | P61123 | Commerce Township | MI |
| Lorinda | Lindsay | P61688 | Detroit | MI |
| Marc E. | Lofman | P50056 | Northbrook | IL |
| Benjamin Damon | Long | P75055 | Ferndale | MI |

| | | | | |
|---|---|---|---|---|
| Brian Timothy | Lynch | P69111 | Bethesda | MD |
| John Michael | Lynch | P39727 | Derwood | MD |
| David A. | MacDonald | P39647 | Royal Oak | MI |
| Alejandra Contreras | Macias | P82043 | Chicago | IL |
| Michael G. | Mack | P31173 | Alpena | MI |
| John L. | Mack, Jr. | P80710 | Troy | MI |
| Keith W. | Madden | P41302 | Northville | MI |
| John Michael | Malone | P81838 | Detroit | MI |
| Marlene | Mandell | P31814 | Southfield | MI |
| Patricia Lynn | Mandernach | P84088 | Waterford Township | MI |
| Anthony J. | Marek | P38256 | Orchard Lake | MI |
| Michele C. | Marquardt | P39165 | Kalamazoo | MI |
| Sandra Walz | Marshall | P39575 | Walled Lake | MI |
| David E. S. | Marvin | P26564 | Lansing | MI |
| Samuel Hannoun | Mass | P82836 | Southfield | MI |
| Kevin R. | Mawhinney | P43414 | Hendersonville | NC |
| Diana Ellen | McBroom | P70053 | Detroit | MI |
| John R. | McCauley | P23791 | Palm Coast | FL |
| Amy E. | McCracken | P44362 | Chicago | IL |
| Owen Roger | McCrary | P52877 | Auburn Hills | MI |
| Mary E. | McDermott | P54923 | Farmington Hills | MI |
| Ward F. | McDonough, Jr. | P17381 | Kalamazoo | MI |
| Anthony Joseph | McEachern | P72022 | Warren | MI |
| Michael J. | McGann | P17401 | Bloomfield Hills | MI |
| Nicole R. | McGinnis | P79065 | Frankfort | MI |
| Bonnie Marie | McInerney-Slater | P63232 | New Baltimore | MI |
| Ashli Summer | McKeivier | P83277 | Troy | MI |
| Kevin Scott | McLaughlin | P82351 | Grand Rapids | MI |
| Lynette E. | McLeod | P43499 | Bloomfield Hills | MI |
| Brian P. | McMahon | P47477 | Saint Joseph | MI |
| Bridgette Anne | McMahon | P78729 | Cambridge | MA |
| Michael T. | McManus | P29544 | Detroit | MI |
| Gary J. | McRay | P17554 | Lansing | MI |
| Daniel | Meisels | P75677 | Ann Arbor | MI |
| Janet R. | Meisel-Voisine | P40409 | Detroit | MI |
| Marc David | Melamed | P68788 | Detroit | MI |
| Mark A. | Menuck | P51326 | Birmingham | MI |
| Marty Hansen | Mercer | P39175 | Jackson | MI |
| Stephanie J. | Meredith | P69498 | Winston Salem | NC |
| Jeffrey R. | Meyer | P45399 | Washington | DC |
| Joan E. | Meyer | P52624 | Washington | DC |
| Kimberly F. | Miles | P44658 | Detroit | MI |
| Adam Robert | Miller | P77449 | Cincinnati | OH |

| | | | | |
|---|---|---|---|---|
| Catherine J. | Miller | P49076 | Rochester | MI |
| Jeanne E. | Mirer | P25853 | New York | NY |
| James A. | Mitchell | P17832 | Grand Rapids | MI |
| Marilyn H. | Mitchell | P30626 | Detroit | MI |
| Tefaha Y. | Mokdad | P58964 | Rochester | MI |
| Michael Wayne | Monday | P75749 | Auburn Hills | MI |
| Pete M. | Monismith | P78186 | Pittsburgh | PA |
| Samantha Gail | Montgomery | P83264 | Ferndale | MI |
| Earnestina | Moore | P58997 | Oak Park | MI |
| Norman P. | Moore, Jr. | P48551 | Escanaba | MI |
| Donald Paul | Moroz | P27459 | Cassopolis | MI |
| Joseph J. | Morrow, II | P60488 | Wellesley Hills | MA |
| Jonathan L. | Morse | P82255 | Denver | CO |
| Bradley G. | Mrozinski | P42583 | Saginaw | MI |
| Anne L. | Mullally | P57302 | Redmond | WA |
| Paul D. | Muller | P18064 | Farmington | MI |
| Valerie B. | Mullican | P74045 | Houston | TX |
| Turkia Awada | Mullin | P55985 | Southfield | MI |
| Raymond G. | Mullins | P23101 | Ypsilanti | MI |
| Daryl J. | Mumford | P24613 | Battle Creek | MI |
| Joshua | Munro | P78498 | Detroit | MI |
| Thomas F. | Myers | P18146 | Birmingham | MI |
| Christopher Robert | Mykytiak | P73354 | Cleveland | OH |
| Jessica S. | Naples | P72280 | Schaumburg | IL |
| Eugene J. | Nasal | P18170 | Riverview | MI |
| Richard R. | Nelson, Sr. | P18237 | Grosse Pointe | MI |
| Amy E. | Neumann | P65175 | Troy | MI |
| Melissa Robyn | Neumann | P74831 | Farmington Hills | MI |
| Thomas Gregory | Nevells | P72526 | Royal Oak | MI |
| Bryan T. | Newland | P70992 | Brimley | MI |
| Edward A. | Newmyer | P42063 | Grand Haven | MI |
| Kathryn Niazy | Nichols | P40254 | Auburn Hills | MI |
| Thomas D. | Noonan | P60450 | Canton | MI |
| Thomas Alexander | Norton | P51950 | Troy | MI |
| Matthew David | Novello | P63269 | Highland | MI |
| Dara L | Nykamp | P66420 | Kalamazoo | MI |
| Daniel Alan | O'Connor | P75148 | Battle Creek | MI |
| Kathleen | O'Donnell | P28671 | Paradise | MI |
| Gregory Chike | Okwuosah | P63908 | Lawrenceville | GA |
| James S. | O'Leary | P24192 | Cleveland | OH |
| Dana L. | Oliver | P30877 | Bingham Farms | MI |
| D. Joseph | Olson | P30681 | Brighton | MI |
| Katharine M. | Omansiek | P56414 | Livonia | MI |

| | | | | |
|---|---|---|---|---|
| Dale A. | Ostertag | P38033 | Carlsbad | CA |
| Maysaa M. | Ouza | P82358 | Scott AFB | IL |
| Andrew Thomas James | Owens | P83710 | Detroit | MI |
| Daniel A. | Packard | P76880 | Phoenix | AZ |
| Kim K.S. | Pagotto | P62181 | Washington | DC |
| Catherine Natalie | Palin | P63403 | Evanston | IL |
| Mark S. | Papazian | P24110 | Troy | MI |
| James L. | Pappas | P42269 | Traverse City | MI |
| Erica Christine | Parker | P79634 | Howell | MI |
| Jeannette A. | Paskin | P18681 | Sun City | AZ |
| Shreya | Patel | P84249 | East Lansing | MI |
| Ronald C. | Paul | P31092 | Grand Rapids | MI |
| Anthony J. | Penna | P67707 | Sterling Heights | MI |
| Hina | Peracha | P80867 | Northville | MI |
| Anthen Talmadge | Perry | P71146 | Chicago | IL |
| Bruce E. | Petrick | P52485 | Saginaw | MI |
| Alexander Bryant | Pfeiffle | P73858 | Rockford | MI |
| Tonya Myers | Phillips | P63475 | Detroit | MI |
| Peter J. | Philpott | P58078 | Flint | MI |
| Scott F. | Pierce | P23225 | Walker | MI |
| Thomas K. | Pierce | P37187 | Ann Arbor | MI |
| David A. | Pizzuti | P64411 | Petoskey | MI |
| Joseph George | Pleva | P60043 | Huntsville | AL |
| Michael F. | Plourde | P18954 | Bloomfield Hills | MI |
| O. Akomea | Poku-Kankam | P61415 | Charlotte | NC |
| Lucas John | Polcyn | P74240 | Detroit | MI |
| John M. | Polizzi | P47133 | Detroit | MI |
| Richard A. | Polk | P26197 | Bingham Farms | MI |
| Danielle A. | Potter | P62702 | Spring Lake | MI |
| Larry L. | Preston | P33595 | Saginaw | MI |
| Bruce B. | Prillwitz | P26587 | Rochester | MI |
| Stanley F. | Pruss | P33718 | Northport | MI |
| Pamelia Ann | Pugh | P48289 | Oak Park | MI |
| Joseph A. | Puleo | P34080 | Grosse Pointe Woods | MI |
| Jack I. | Pulley | P23578 | Stow | OH |
| Andra | Purkalitis | P81390 | Fennville | MI |
| Salmaan Taher Abdul | Quaders | P73649 | Bloomfield Hills | MI |
| Benjamin David | Raffel | P78631 | North Bethesda | MD |
| John J. | Ramar | P36410 | Troy | MI |
| Benjamin A. | Randall | P61283 | Toledo | OH |
| Peter J. | Randazzo | P56004 | Sioux Falls | SD |
| Laura C. | Range | P73908 | Bentonville | AR |
| Todd Michael | Rathbun | P63971 | Grosse Pointe Woods | MI |

| Amy Michelle Boyd | Reed | P57557 | Alexandria | VA |
|---|---|---|---|---|
| Camille | Reed | P70532 | Snyder | TX |
| Claire | Reichstein | PL1056 | Troy | MI |
| Kacee M. | Reid | P61157 | East Lansing | MI |
| Timothy | Reid | P81276 | Los Angeles | CA |
| William Tyler | Reminga | P80304 | Grand Rapids | MI |
| Barbara T. | Rende | P54469 | Walloon Lake | MI |
| Mark K. | Riashi | P40636 | Auburn Hills | MI |
| Elizabeth Elia | Rios | P69526 | Lansing | MI |
| Jeffrey A. | Robbins | P27009 | Bloomfield Hills | MI |
| Ronald D. | Roberts | P37373 | Southfield | MI |
| Brenda D. | Robinson | P60514 | Ravenna | MI |
| Andrew C. | Rogers | P72644 | Washington | DC |
| Gino R | Roncelli | P80375 | Sterling Heights | MI |
| Patrick J. | Rorai | P65091 | Sterling Heights | MI |
| Jonathan I. | Rose | P19616 | Ypsilanti | MI |
| Jordan David | Rossen | P79020 | Bloomfield Hills | MI |
| Luke J. | Roy | P32558 | East Lansing | MI |
| John G. | Rucker, III | P32187 | Portland | OR |
| Jillian Rene | Rupnow | P79368 | Benton Harbor | MI |
| Aaron Joseph | Russ | P78053 | Arlington | VA |
| John P. | Ryan | P65282 | Troy | MI |
| Linda L. | Ryan | P67686 | Rockford | MI |
| Sogoal Ashley | Salari | P80822 | Ann Arbor | MI |
| Nicholas Michael | Saleh | P78412 | Milford | MI |
| Shirley A. | Saltzman | P26227 | West Bloomfield | MI |
| Michelle M. | Sanchez | P56181 | Florham Park | NJ |
| Theodore T. | Sandberg | P53104 | Grand Forks | ND |
| Elizabeth Jean | Sanders | P74922 | Cambridge | MA |
| Joseph S. | Sano | P36603 | Boston | MA |
| Marc D. | Saurbier | P39331 | Troy | MI |
| Aaron Walter | Schenk | P72578 | Green Bay | WI |
| Ellen | Schneider | P76444 | Detroit | MI |
| Maurice E. | Schoenberger | P20044 | East Lansing | MI |
| Susan Randolph | Schoenberger | P34702 | West Bloomfield | MI |
| David F. | Schon | P47512 | Washington | DC |
| Lynn Sachse | Schrayer | P36701 | Highland Park | IL |
| Devon Elizabeth | Schulz | P80959 | Detroit | MI |
| Paul J. | Schwab | P20120 | Southfield | MI |
| Kyle | Schwark | P77733 | Brighton | MI |
| Paul M. | Seibold | P39883 | Birmingham | MI |
| Leah M. | Seliger | P79284 | Los Angeles | CA |
| Terry L. | Shaw | P24128 | Shelby | MI |

| | | | | |
|---|---|---|---|---|
| Carol R. | Shepherd | P38336 | Ann Arbor | MI |
| Michael J. | Sheridan | P41441 | Gold Canyon | AZ |
| Jonathan M. | Sherman | P55482 | Farmington Hills | MI |
| Burton R. | Shifman | P20371 | Farmington Hills | MI |
| Gina Midhat | Shkoukani | P80968 | Chicago | IL |
| Barry J. | Siegel | P20426 | West Bloomfield | MI |
| Jeffrey | Simon | P82244 | Sunnyvale | CA |
| Michael E. | Siwek | P64198 | Kentwood | MI |
| Aaron C. | Sizemore | P62690 | Dearborn | MI |
| Michael Moshe | Skoczylas | P77529 | New York | NY |
| Joseph Raymond | Skrha | P36344 | Kenai | AK |
| Keith L. | Skutt | P37815 | Saginaw | MI |
| Robert A. | Sloan | P20587 | Farmington Hills | MI |
| DeAnn F. | Smith | P47251 | Boston | MA |
| Jeffrey Andrew | Smith | P70783 | Brentwood | TN |
| Shawn T. | Smith-Moulden | P67606 | Farmington Hills | MI |
| Sophie E. | Smyth | P38452 | Loveland | CO |
| Gordon A. | Snavely | P20733 | Orchard Lake | MI |
| Mark Aaron | Sobocienski | P76245 | Miami | FL |
| David | Spears | P82651 | Troy | MI |
| Michael Anthony | Spencer | P77782 | Colorado Springs | CO |
| Jodi D. | Spencer-Johnson | P64200 | Cleveland | OH |
| William T. | Sperry | P44780 | Pond Creek | OK |
| Shannon Clark | Stahlin | P69242 | Ann Arbor | MI |
| Craig M. | Stanley | P58714 | Spring | TX |
| Robert R. | Stearns | P55188 | San Antonio | TX |
| Michael L. | Stein | P26247 | Birmingham | MI |
| Lindsey Marie | Stetson | P69070 | Ann Arbor | MI |
| Edward W. | Stieber | P75579 | Southfield | MI |
| Jeffrey Michael | Stiller | P77182 | Kalamazoo | MI |
| Todd | Stoneman | P73133 | Longmont | CO |
| Rebecca Ann | Stoner | P71828 | Jackson | MI |
| John R. | Stump | P21113 | Highland Beach | FL |
| Brian J. | Sullivan | P55805 | Cincinnati | OH |
| Cindy B. | Summerfield | P42638 | Chicago | IL |
| Cassandra Leticia | Sundblad | P84946 | Bay City | MI |
| Henry G. | Swain | P33256 | Grand Rapids | MI |
| Kyle Jordan | Swanson | PL1073 | Cass City | MI |
| Timothy James | Swartz | P68727 | Union | OH |
| Stephanie L. | Sweitzer | P66376 | Chicago | IL |
| Kenneth M. | Swinkey | P31717 | Monroe | MI |
| Alina | Syed | P74757 | Cincinnati | OH |
| Mark | Tarnavsky | P74341 | Chicago | IL |

| | | | | |
|---|---|---|---|---|
| Holiday C. | Tarr | P77487 | Chicago | IL |
| Adam | Taylor | P79147 | Austin | TX |
| Muhammad Faisal | Tayyab | P71546 | Ann Arbor | MI |
| Adriana | Telenga | P71782 | Canton | MI |
| Robert Reagan | Terbrack | P84043 | Cleveland | OH |
| Kara Nicole | Tertzag Lividini | P63009 | Birmingham | MI |
| Jeffrey K. | Thomas | P35032 | Bonita Springs | FL |
| Michael E. | Tofteland | P42167 | Birmingham | MI |
| Gretchen Elizabeth Heinze | Townshend | P76275 | Chicago | IL |
| Bethany J. | Truex | P64610 | Bloomfield Hills | MI |
| E. Frederick | Turner | P21630 | Livonia | MI |
| Jose Manuel | Valle | P82585 | Arlington | VA |
| Alexandra Acierno | Vallee | P77868 | Troy | MI |
| Shanna LeRos | Vann | P69833 | Detroit | MI |
| Gabriel | Veliz | P82368 | Naples | FL |
| Andrew P. | Vernon | P80099 | Roscommon | MI |
| William W. | Vertes | P36045 | West Palm Beach | FL |
| Aaron T. | Vidmar | P71384 | Chicago | IL |
| Andrew Joseph | Villanueva | P84866 | Holland | MI |
| Robert E. | Vollmar, II | P21862 | Clinton Township | MI |
| Jonathan | Wallner | P78719 | North Las Vegas | NV |
| Thomas F. | Waters | P28760 | Southfield | MI |
| Michael Stephen | Weisenbach | P73384 | Edwardsville | IL |
| Rory M. | Wellever | P79457 | Detroit | MI |
| Richard W. | West | P38825 | Gladwin | MI |
| Elizabeth Kiyo | Wharton | P58998 | Ann Arbor | MI |
| Darcelle D. | White | P29196 | Plymouth | MI |
| Sienna Carly | White | P81720 | Detroit | MI |
| Richard T. | White, Jr. | P22263 | Waterford | MI |
| Sorenia M. | Whittington | P32104 | Southfield | MI |
| Rozana Sinishtaj | Widlicka | P64518 | Southfield | MI |
| David Michael | Wiese | P82393 | Vienna | VA |
| Laura R. F. | Wilder | P28754 | Lansing | MI |
| Amos E. | Williams | P39118 | Lexington | MI |
| Timothy L. | Williams | P80423 | Grand Rapids | MI |
| Jack David | Wilton | P82136 | Detroit | MI |
| Ashley | Wimberly | P82690 | Farmington Hills | MI |
| Roy R. | Winn, Jr. | P25803 | Boyne City | MI |
| Sarah H. | Winston | P58672 | Chicago | IL |
| John A. | Wise | P22466 | Royal Oak | MI |
| Thomas Scott | Wisniewski | P81821 | Garden City | MI |
| Catherine L. | Wolfe | P37148 | Honor | MI |
| Matthew | Wrigley | P54788 | Chicago | IL |

| | | | | |
|---|---|---|---|---|
| Scott F. | Wyatt | P61330 | Birmingham | MI |
| Roy H. | Wyman, Jr. | P48949 | Nashville | TN |
| Laura Dietrich | Yagi | P83268 | Ann Arbor | MI |
| Michael Joseph | Yassay | P81904 | Northville | MI |
| C. Matthew | Yokom | P29424 | Portage | MI |
| Daniel J. | Zarimba | P62149 | East Lansing | MI |
| Michael J. | Zayed | P53518 | White Lake | MI |
| Beth Katya | Zilberman | P81496 | Fayetteville | AR |
| Stephanie M. | Zimmerman | P38722 | Southfield | MI |